IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Wednesday, April 23, 2008

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Represented by Jana Harris | Judge James M. Moody<br>Court Reporter: Karen Baker<br>Clerk: Donna Jackson |
| vs.         Case 4:06cr104-06 | USPO: Selina Earsa & Aaron Germany |
| LANORA MARSHELLE GLASS<br>    Represented by Brannon Sloan | |

### CLERK'S MINUTES - Supervised release revocation hearing
### (Docket entries 246 & 266)

Time began: 11:17 a.m.

Defendant appeared with appointed counsel.

Court reviews history.

| | | | |
|---|---|---|---|
| 11:23 a.m. | Defendant's proof: | | |
| | 1) | Lanora Marshelle Glass - sworn | |
| | | Direct - Sloan | |
| 11:35 a.m. | | Cross - Harris | |
| | Witness steps down. | | |
| | | | |
| 11:40 a.m. | 2) | Terry Glass - sworn | |
| | | Direct - Sloan | |
| 11:47 a.m. | | Cross - Harris | |
| | Witness steps down. | | |
| | | | |
| 11:48 a.m. | 3) | Selena Earsa - sworn | |
| | | Direct Sloan | |
| 11:54 a.m. | Witness steps down. | | |

Defendant's proof concluded.

Argument by defense counsel.
Response by USA.

The Court finds that Defendant has violated her conditions of supervised release and grants motions to revoke supervised release.

JUDGMENT:   4 months imprisonment; 2 years supervised release; no fine; restitution $12,390.27; $85.00 special assessment.  Defendant allowed to self report to the designated facility no later than 2:00 p.m., on May 27, 2008.

Defendant advised of right to appeal.

Time end:   12:06 p.m.